| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>McNamara, A. J | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>4/8/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C107A<br><br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 21 A 10: 00 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 1/8 Int. in house & adjoining Lots, Mandeville, LA    (X) | | None | K | W | | | | | |
| 20. Shares of Lord Abbett Affiliate Fund A (X) | | None | J | T | | | | | |
| 21. Shares of Fidelity Puritan Mutual Fund (X) | | None | K | T | | | | | |
| 22. Cleco Common Stock    (X) | | None | K | T | | | | | |
| 23. Common Stock AT&T (X) | | None | J | T | | | | | |
| 24. Common Stock Lucent Technologies, Inc.    (X) | | None | J | T | | | | | |
| 25. Common Stock NCR (X) | | None | J | T | | | | | |
| 26. Shares Neuberger Berman Guardian Mtl Fund (X) | | None | J | T | | | | | |
| 27. Shares Oppenheimer Municipal Bond Fund    (X) | | None | J | T | | | | | |
| 28. Common Stock AIG Insurance Co (X) | | None | M | T | | | | | |
| 29. Common Stock American Realty Trust Co. (X) | | None | J | T | | | | | |
| 30. Common Stock BellSouth (X) | | None | J | T | | | | | |
| 31. Shares of Evergreen Income & Growth Fund (X) | | None | J | T | | | | | |
| 32. Shares of Fidelity Equity Income Fund (X) | | None | J | T | | | | | |
| 33. Shares of Fidelity OTC (X) | | None | J | T | | | | | |
| 34. Common Stock Ford Motor Company (X) | | None | J | T | | | | | |
| 35. Common Stock ITT Industries, Inc. (X) | | None | J | T | | | | | |
| 36. Shares of Ivy Growth Fund (X) | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University | Food, travel, and lodging at Tuscon, Arizona--April 30-May 6, 2004--"Forging of a Nation" Seminar; for Judge only. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS
– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PREVIOUSLY DELETED | | | | | | | | | |
| 2. 7/72 Energy Rlty Inv. Co Ptn which owns ▮▮▮ acres Thibodaux | E | Rent | N | W | SEE Part | VIII | | | |
| 3. .005 Int. Woodstock Plantation, Baton Rouge, LA | D | Dividend | K | W | | | | | |
| 4. .25 Int. in ▮ Acre Tract of Land - Lacombe, LA | | None | J | W | | | | | |
| 5. DELETED - See Report Filed April 1997 | | | | | | | | | |
| 6. 1/16 Int. Unimproved Prop., Cut Off, LA | | None | J | W | SEE PART | VIII | | | |
| 7. 1/3 Int. Fishing Camp - Phoenix, LA | | None | K | W | SEE PART | VIII | | | |
| 8. PREVIOUSLY DELETED | | | | | | | | | |
| 9. 1/2 Int. Commercial Lot ▮ Acres) Belle Chasse, LA | | None | N | W | | | | | |
| 10. PREVIOUSLY DELETED | | None | | | | | | | |
| 11. PREVIOUSLY DELETED | | | | | | | | | |
| 12. PREVIOUSLY DELETED | | | | | | | | | |
| 13. PREVIOUSLY DELETED | | | | | | | | | |
| 14. PREVIOUSLY DELETED | | | | | | | | | |
| 15. PREVIOUSLY DELETED | | | | | | | | | |
| 16. Royalty Int. for Oil & Gas from prop. Descr. In # 2 by NEG | D | Royalty Int. | M | W | | | | | |
| 17. Unimproved Property (upriver) - Plaquemines Parish, LA | | None | J | W | | | | | |
| 18. Unimproved Property (downriver) Plaquemines Parish, LA | A | | K | W | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Common Stock Kaufman & Broad Home Corp. (X) | | None | J | T | | | | | |
| 38. Common Stock Lance, Inc. (X) | | None | J | T | | | | | |
| 39. Common Stock Metromedia International Group (X) | | None | J | T | | | | | |
| 40. Shares Monetta Fund (X) | | None | J | T | | | | | |
| 41. Common Stock Nabor Industries, Inc. (X) | | None | J | T | | | | | |
| 42. Common Stock NCR (X) | | None | J | T | | | | | |
| 43. Shares of Neuberger Berman Manhattan Fund (X) | | None | J | T | | | | | |
| 44. Shares of Nicholas Fund, Inc. (X) | | None | J | T | | | | | |
| 45. Common Stock of Occidental Petroleum, Inc. (X) | | None | J | T | | | | | |
| 46. Common Stock Phillip Morris, Inc. (X) | | None | J | T | | | | | |
| 47. Common Stock Citi Group, Inc. (X) | | None | J | T | | | | | |
| 48. Shares of Hartford Financial Services Group (X) | | None | J | T | | | | | |
| 49. Common Stock The Timeken Co. (X) | | None | J | T | | | | | |
| 50. Common Stock Triton Group, Ltd. (X) | | None | J | T | | | | | |
| 51. Shares of Vanguard Federal Money Market Fund (X) | | None | J | T | | | | | |
| 52. Shares of Vanguard Wellesley Fund (X) | | None | J | T | | | | | |
| 53. Shares of Vanguard Windsor Fund (X) | | None | J | T | | | | | |
| 54. Common Stock of Starwood Hotels | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Common Stock of Visteon Corp. (X) | | None | J | T | | | | | |
| 56. PREVIOUSLY DELETED | | None | | | | | | | |
| 57. DELETED | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| McNamara, A. J | 4/8/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII.  Investments and Trusts

 # 2.  Ownership structure changed from partnership to LLC (same name and same ownership
    interest, February, 1994)

 # 6 January 2004 abandoned by non-payment of taxes.  Nominal costs to administer this asset
    exceeded value of property.  TO BE DELETED.

 # 7  TO BE DELETED--not required to be reported see instructions VII (1).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date___4 /8 /05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544